# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BANK OF THE WEST PO Box 7167 Pasadena, CA 91109-7167 | | RETAIL INSTALLMENT SALES CON | | $13,124.36 | $6,269.00 | $6,855.36 |
| CATERPILLAR FINANCE PO Box 100647 Pasadena, CA 91189-0003 | | INSTALLMENT SALE CONTRACT | | $80,988.82 | $75,500.00 | $5,488.82 |
| FINANCIAL PACIFIC LEASING PO Box 749642 Los Angeles, CA 90074-9642 | | EQUIPMENT FINANCE AGREEMENT | | $18,367.30 | $14,413.00 | $3,954.30 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | 2019-2021 PAYROLL TAXES | | | | $261,248.59 |
| JOHN DEERE FINANCIAL PO Box 6600 Johnston, IA 50131-6600 | | EQUIPMENT LOAN | | $110,989.84 | $79,100.00 | $31,889.84 |
| KOMATSU FINANCIAL PO Box 99303 Chicago, IL 60693-9303 | | SEC AGR-CONDITIONAL SALE CON | | $316,847.08 | $127,999.00 | $188,848.08 |
| LEWISTOWN RENTAL 2566 Truck Byp # Byp Lewistown, MT 59457-3964 | | TRADE DEBT - EQUIPMENT RENTA | | | | $7,685.39 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MODERN MACHINERY UNIT 35 PO Box 4800 Portland, OR 97208-4800** | | **TRADE DEBT - EQUIPMENT REPAI** | | | | $10,991.09 |
| **MONTANA DEPARTMENT OF REVENUE Attn: Bankruptcy Department PO Box 7701 Helena, MT 59604-7701** | | **TAXES** | | | | $0.00 |
| **R&R DIESEL REPAIR, INC. PO Box 5778 Helena, MT 59604-5778** | | **TRADE DEBT - EQUIPMENT MOB** | | | | $2,613.00 |
| **RDO EQUIPMENT** | | | | | | $6,002.48 |
| **RINDAL OIL PO Box 504 Lewistown, MT 59457-0504** | | **TRADE DEBT - FUEL** | | | | $20,000.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................  $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................  $ 1,210,651.60

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................  $ 1,210,651.60

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................  $ 832,552.02

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................  $ 261,248.59

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............  +$ 47,291.96

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b  $ 1,141,092.57

Debtor name **LD CONSTRUCTION, INC.**

United States Bankruptcy Court for the: DISTRICT OF MONTANA, BUTTE DIVISION

Case number (if known) **4:23-bk-40063-BPH**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.      **Cash on hand**                                                                                                            $0.00

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **STOCKMAN BANK**<br>**FUNDS ARE HELD IN TRUST FOR**<br>**PENDING JOBS** | CHECKING | 3628 | $82,165.72 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                                      $82,165.72
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

---

| 11a. 90 days old or less: | 5,000.00 | - | 0.00 | = ... | $5,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 231,665.88 | - | 0.00 | = ... | $231,665.88 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$236,665.88

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>PINE SAWLOGS | 4/17/2023 | $30,000.00 | 30 LOADS @ $1,00 | $30,000.00 |

**20.** **Work in progress**

**21.** **Finished goods, including goods held for resale**

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$30,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2000 KENWORTH T800 SEMI**<br>**VIN #9084**<br>**1968 PEERLESS LOG TRAILER**<br>**VIN #8380** | $14,413.00 | | $14,413.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2006 2554 JD PROCESSOR**<br>**VIN #0198**<br>**W/ WARATAH HTH623C**<br>**SN#0167** | $89,000.00 | | $89,000.00 |
| **2014 PJ DUMP TRAILER**<br>**VIN #4565** | $5,789.00 | | $5,789.00 |
| **1985 627B CAT SCRAPER E400**<br>**SN #E400** | $20,907.00 | | $20,907.00 |
| **1978 16G CAT MOTOR GRADER**<br>**SN #1036** | $36,900.00 | | $36,900.00 |
| **1980 D8 CAT DOZER**<br>**SN #9263** | $0.00 | | $0.00 |
| **IMP SNOWCAT, 2 FORKLIFTS, 667 CLARK**<br>**SKIDDER** | $8,000.00 | | $8,000.00 |
| **TOPCON HIPER VR & ROVER UHF 440-470**<br>**FC-6000 GEO CELL**<br>**SURVEY EQUIPMENT** | $6,269.00 | | $6,269.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **2020 CAT 259D3 SKID STEER**<br>SN #2945 | $45,638.00 | $45,638.00 |
| **2020 CAT 330 EXCAVATOR**<br>SN #0027 | $211,481.00 | $211,481.00 |
| **735 TIMBERPRO FELLERBUNCHER**<br>SN #0317<br>**TIMBER PRO HOTSAW TDS22**<br>SN #2915 | $127,999.00 | $127,999.00 |
| **2006 14H CAT ROAD GRADER**<br>SN #1934 | $88,213.00 | $88,213.00 |
| **2016 DX300L DOOSAN TRACK LOADER**<br>SN #0036 | $75,500.00 | $75,500.00 |
| **2020 748 JD SKIDDER**<br>SN #3182 | $79,100.00 | $79,100.00 |
| **1999 322 CAT PROCESSOR**<br>VIN #DMW-7 | $22,611.00 | $22,611.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.          **$831,820.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | **TOOLS AND SMALL EQUIPMENT** | $30,000.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $30,000.00 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $82,165.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $236,665.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $831,820.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,210,651.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,210,651.60 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  BANK OF THE WEST**
Creditor's Name

PO Box 7167
Pasadena, CA 91109-7167
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**SEPT 2021**
Last 4 digits of account number
**3212**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**TOPCON HIPER VR & ROVER UHF 440-470 FC-6000 GEO CELL SURVEY EQUIPMENT**

Describe the lien
**RETAIL INSTALLMENT SALES CONTRACT**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$13,124.36**   Column B: **$6,269.00**

**2.2  CATERPILLAR FINANCE**
Creditor's Name

PO Box 100647
Pasadena, CA 91189-0003
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**JUNE 2020**
Last 4 digits of account number
**9840**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2020 CAT 259D3 SKID STEER SN #2945**

Describe the lien
**INSTALLMENT SALE CONTRACT**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated

Column A: **$31,488.73**   Column B: **$45,638.00**

☑ No

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **LD CONSTRUCTION, INC.**  Case number (if known) **4:23-bk-40063-BPH**
Name

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **CATERPILLAR FINANCE** |
Creditor's Name

**PO Box 100647**
**Pasadena, CA 91189-0003**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**DEC 2020**
Last 4 digits of account number
**3468**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     $192,141.12     $211,481.00
**2020 CAT 330 EXCAVATOR SN #0027**

Describe the lien
**INSTALLMENT SALE CONTRACT**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CATERPILLAR FINANCE** |
Creditor's Name

**PO Box 100647**
**Pasadena, CA 91189-0003**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**JAN 2021**
Last 4 digits of account number
**5735**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     $61,295.76     $88,213.00
**2006 14H CAT ROAD GRADER SN #1934**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CATERPILLAR FINANCE** |
Creditor's Name

**PO Box 100647**
**Pasadena, CA 91189-0003**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien     $80,988.82     $75,500.00
**2016 DX300L DOOSAN TRACK LOADER SN #0036**

Describe the lien
**INSTALLMENT SALE CONTRACT**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 4

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Date debt was incurred
**JAN 2022**
Last 4 digits of account number
**1451**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **FINANCIAL PACIFIC LEASING**
Creditor's Name

**PO Box 749642**
**Los Angeles, CA**
**90074-9642**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**FEB 2019**
Last 4 digits of account number
**3301**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2000 KENWORTH T800 SEMI VIN #9084 1968 PEERLESS LOG TRAILER VIN #8380**

Describe the lien
**EQUIPMENT FINANCE AGREEMENT**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,367.30**    **$14,413.00**

---

**2.7** **JOHN DEERE FINANCIAL**
Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**JUNE 2020**
Last 4 digits of account number
**7465**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 748 JD SKIDDER SN #3182**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$110,989.84**    **$79,100.00**

---

**2.8** **KOMATSU FINANCIAL**

Describe debtor's property that is subject to a lien
**735 TIMBERPRO FELLERBUNCHER SN #0317 TIMBER PRO HOTSAW TDS22 SN #2915**

**$316,847.08**    **$127,999.00**

**PO Box 99303**
**Chicago, IL 60693-9303**
Creditor's mailing address

Describe the lien
**SECURITY AGREEMENT - CONDITIONAL SALES CONTRACT**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

**NOV 2021**

Last 4 digits of account number

**5007**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **STOCKMAN BANK** | | $7,309.01 | $22,611.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**1999 322 CAT PROCESSOR VIN #DMW-7**

**PO Box 958**
**Lewistown, MT 59457-0958**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☐ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

**FEB 2020**

Last 4 digits of account number

**0938**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$832,552.02**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name **LD CONSTRUCTION, INC.**

United States Bankruptcy Court for the: DISTRICT OF MONTANA, BUTTE DIVISION

Case number (if known) **4:23-bk-40063-BPH**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**

PO BOX 7346
PHILADELPHIA, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$261,248.59** | Priority amount: **$0.00**

Date or dates debt was incurred
**2019-2021**

Last 4 digits of account number **4468**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**2019-2021 PAYROLL TAXES**

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**MONTANA DEPARTMENT OF REVENUE**
**Attn: Bankruptcy Department**
**PO Box 7701**
**Helena, MT 59604-7701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00** | Priority amount: **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**TAXES**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Official Form 206E/F

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Schedule E/F: Creditors Who Have Unsecured Claims

G10037

page 1 of 2

4:23-bk-40063-BPH   Doc#: 15   Filed: 09/29/23   Page 14 of 29

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,685.39 |
|---|---|---|---|

**LEWISTOWN RENTAL**

2566 Truck Byp # Byp
Lewistown, MT 59457-3964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  113

Basis for the claim:  TRADE DEBT - EQUIPMENT RENTAL

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,991.09 |
|---|---|---|---|

**MODERN MACHINERY**
UNIT 35
PO Box 4800
Portland, OR 97208-4800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  5594

Basis for the claim:  TRADE DEBT - EQUIPMENT REPAIR

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,613.00 |
|---|---|---|---|

**R&R DIESEL REPAIR, INC.**

PO Box 5778
Helena, MT 59604-5778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  0668

Basis for the claim:  TRADE DEBT - EQUIPMENT MOB

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,002.48 |
|---|---|---|---|

**RDO EQUIPMENT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  REPAIRS/PARTS

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**RINDAL OIL**

PO Box 504
Lewistown, MT 59457-0504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  TRADE DEBT - FUEL

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 261,248.59 |
| 5b. Total claims from Part 2 | 5b. + $ | 47,291.96 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 308,540.55 |

Debtor name    **LD CONSTRUCTION, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA, BUTTE DIVISION

Case number (if known)   **4:23-bk-40063-BPH**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor name | **LD CONSTRUCTION, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | **4:23-bk-40063-BPH** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **BRIAN DAVID LARSON** | **236 Mount Pleasant**<br>**Lewistown, MT 59457-8020** | **JOHN DEERE FINANCIAL** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

Debtor name  **LD CONSTRUCTION, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MONTANA, BUTTE DIVISION

Case number (if known)  **4:23-bk-40063-BPH**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2023**       *x*  /s/ Brian D. Larson
                                              Signature of individual signing on behalf of debtor

                                              **BRIAN D. LARSON**
                                              Printed name

                                              **PRESIDENT**
                                              Position or relationship to debtor

# United States Bankruptcy Court
## District of Montana, Butte Division

In re  **LD CONSTRUCTION, INC.**

Debtor(s)

Case No.  **4:23-bk-40063-BPH**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRIAN DAVID LARSON<br>236 Mount Pleasant<br>Lewistown, MT 59457-8020** | **Common<br>Stockholder** | **1000** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 29, 2023**

Signature /s/ Brian D. Larson

**BRIAN D. LARSON**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor name | **LD CONSTRUCTION, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | **4:23-bk-40063-BPH** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other   AS OF 9/21/23 | **$891,466.95** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,381,788.94** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$2,294,508.75** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **MONTANA STATE FUND**  PO Box 4759  Helena, MT 59604-4759 | 8/21/23 | $9,100.00 | ☐ Secured debt  ☐ Unsecured loan repayments  ☐ Suppliers or vendors  ☐ Services  ■ Other **WORKERS COMPENSATION** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **GARY S. DESCHENES**<br>PO Box 3466<br>Great Falls, MT 59403-3466 | | **4/12/23** | **$10,964.55** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **KURT & JULIE HARTMAN** | **SOLAIR 185 AIR COMPRESSOR** | **APRIL 14, 2023** | **$4,500.00** |
| | **Relationship to debtor** | | | |

---

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2 | **JACOB LaTRAY** | **1963 CHEVROLET IMPALA** | **MAY 3, 2023** | **$10,000.00** |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| **Address** | **Dates of occupancy From-To** |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **KIMBERLY A. BOYCE**<br>301 Roper Ln<br>Lewistown, MT 59457-4090 | **3/2022 TO PRESENT** |
| 26a.2.  **TEAL GIBSON**<br>PO Box 61<br>Jordan, MT 59337-0061 | **9/18/2017 TO PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **STOCKMAN BANK**<br>PO Box 958<br>Lewistown, MT 59457-0958 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRIAN DAVID LARSON** | **236 Mount Pleasant**<br>**Lewistown, MT 59457-8020** | **OWNER/PRESIDENT** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☒ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **BRIAN DAVID LARSON**<br>**236 Mount Pleasant**<br>**Lewistown, MT 59457-8020** | **$54,400.00** | **4/1/22 TO**<br>**4/1/23** | **PAYROLL** |
| | **Relationship to debtor**<br>**OWNER/PRESIDENT** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☒ No
    ☐ Yes. Identify below.

**Name of the parent corporation**                           **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☒ No
    ☐ Yes. Identify below.

**Name of the pension fund**                                  **Employer Identification number of the pension fund**

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2023**

/s/ Brian D. Larson                                          **BRIAN D. LARSON**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

In re:                                    Case 4:23-bk-40063-BPH

LD CONSTRUCTION, INC., Debtor             Chapter 11

Attorney for Debtor: Gary S. Deschenes

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(B), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the Debtor in this case.

2. The compensation paid or agreed to be paid by the Debtor, to the undersigned is:
   a)   For legal services rendered or to be rendered in contemplation of
        and in connection with this case  . . . . . . . . . retainer as specified in the application for
                                                      appointment to be billed at $400.00 hourly
   b)   Prior to the filing of this statement, Debtor has paid $6,726.55 for pre-petition work.
   c)   The unpaid balance due and payable is . . . . . . . . . . . . see application for appointment
   d)   $400.00 per hour to be charged against the retainer.

3. $1,738.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered including the following:
   a)   Analysis of the financial situation, and rendering advice and assistance to the Debtor in
        determining whether to file a petition under title 11 of the United States Code.
   b)   Preparation and filing of the petition, schedules, statement of affairs and other
        documents required by the court.
   c)   Representation of the Debtor at the meeting of creditors and at hearings to obtain a
        confirmed plan.

5. The source of payments made by the Debtor to the undersigned was from earnings, wages and
   compensation for services performed, and
        None.
6. The source of payments to be made by the Debtor to the undersigned for the unpaid balance
   remaining, if any, will be from earnings, wages and compensation for services performed and
        None other
7. The undersigned has received no transfer, assignment or pledge of property from Debtor
   except the following for the value stated:
        None
8. The undersigned has not shared or agreed to share with any other entity, other than with
   members of undersigned's law firm, any compensation paid or to be paid except as follows:
        None
Dated: September 29, 2023                  Respectfully submitted,


                                           /s/ Gary S. Deschenes
Attorney for Debtor:                       Gary S. Deschenes
                                           Deschenes & Associates Law Offices
                                           P.O. Box 3466
                                           Great Falls MT 59403

**United States Bankruptcy Court**
**District of Montana, Butte Division**

IN RE:                                                    Case No. **4:23-bk-40063-BPH**

**LD CONSTRUCTION, INC.**                                Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September 29, 2023**     Signature: /s/ Brian D. Larson
_____        _____
                                 **BRIAN D. LARSON, PRESIDENT**
                                                                    Debtor


Date: _____     Signature: _____
                                                              Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

LD CONSTRUCTION, INC.
PO BOX 859
LEWISTOWN, MT  59457-0859

MODERN MACHINERY
UNIT 35
PO BOX 4800
PORTLAND, OR  97208-4800

DESCHENES & ASSOCIATES LAW OFFICES
309 1ST AVE N
GREAT FALLS, MT  59401-2505

MONTANA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 7701
HELENA, MT  59604-7701

BANK OF THE WEST
PO BOX 7167
PASADENA, CA  91109-7167

R&R DIESEL REPAIR, INC.
PO BOX 5778
HELENA, MT  59604-5778

BRIAN DAVID LARSON
236 MOUNT PLEASANT
LEWISTOWN, MT  59457-8020

RINDAL OIL
PO BOX 504
LEWISTOWN, MT  59457-0504

CATERPILLAR FINANCE
PO BOX 100647
PASADENA, CA  91189-0003

STOCKMAN BANK
PO BOX 958
LEWISTOWN, MT  59457-0958

FINANCIAL PACIFIC LEASING
PO BOX 749642
LOS ANGELES, CA  90074-9642

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JOHN DEERE FINANCIAL
PO BOX 6600
JOHNSTON, IA  50131-6600

KOMATSU FINANCIAL
PO BOX 99303
CHICAGO, IL  60693-9303

LEWISTOWN RENTAL
2566 TRUCK BYP # BYP
LEWISTOWN, MT  59457-3964