UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**LD CONSTRUCTION, INC.,**<br><br>Debtor. | Case No. **4:23-bk-40063-BPH** |

# ORDER

In this Chapter 11 bankruptcy, creditor Montana Tunnels Mining, Inc. ("Creditor") filed a "Motion to Continue Hearing" on October 1, 2024, at ECF No. 132 ("Motion"). The Motion seeks an Order continuing the status conference on the Subchapter V plan (ECF No. 119), currently scheduled for October 3, 2024. Upon review of the Motion,

IT IS ORDERED that the Motion is granted. The hearing on **October 3, 2024**, is continued to **October 24, 2024, at 1:30 p.m.** in the CHIEF MOUNTAIN COURTROOM, 3RD FLOOR, MISSOURI RIVER COURTHOUSE, 125 CENTRAL AVENUE WEST, GREAT FALLS, MONTANA.

Dated October 2, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana