Christy L. Brandon (#4833)
BRANDON LAW FIRM, PLLC
P.O. BOX 1544
BIGFORK, MT 59911
Telephone: (406) 837-5445
Email: christy@brandonlawfirm.com

Subchapter V Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**LD CONSTRUCTION, INC.,**<br><br>Debtor. | Case No. **4:23-bk-40063-BPH** |

### CERTIFICATION OF NO OBJECTION
### REGARDING APPLICATION FOR FEES AND COSTS AT ECF NO. 129

In this Chapter 11, Subchapter V bankruptcy, the Trustee filed a "Application for Subchapter V Trustee's Fees and Costs" on September 19, 2024 at ECF No. 129 ("Application"). The Trustee filed a "Notice" regarding the Application as required by Mont. LBR 9013-1 at ECF No. 130. The Notice explains that the time to respond or object to the Application and schedule the matter for a hearing is twenty-one (21) days. Objections to the Application were to be filed and served no later than October 10, 2024.

The undersigned hereby certifies that, as of October 14, 2024, the Trustee has received no answer, objection or other responsive pleading to the Application. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Accordingly, in the absence of opposition, the undersigned respectfully requests that the attached proposed order be entered at the earliest convenience of the Court.

DATED October 14, 2024.

/s/ Christy L. Brandon
Christy L. Brandon
Subchapter V Trustee