# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**LD CONSTRUCTION, INC.,**

Debtor.

Case No. **4:23-bk-40063-BPH**

# ORDER

In this Chapter 11 Bankruptcy, the Subchapter V Trustee ("Trustee") filed an Application for Trustee's Fees and Costs at ECF No. 129 ("Application"). The Application requests an award of fees in the amount of $2,537.50 plus reimbursement of costs in the amount of $26.73. Pursuant to Mont. L.B.R. 2002-4, Fed. R. Bankr. P. 2002(a)(6), and Fed. R. Bankr. P. 2016(a), the Trustee filed a Notice of Application for Professional Fees and Costs at ECF No. 130 ("Notice"), explaining that the time to respond or object to the Application and schedule the matter for a hearing is twenty-one (21) days. The time to respond or object has passed. No objections were filed.

11 U.S.C. § 330(a) governs compensation for case-by-case Subchapter V trustees. 11 U.S.C. § 330(a)(1)(A) allows reasonable compensation for actual, necessary services rendered by the Trustee. The Trustee may also be reimbursed for actual, necessary expenses. 11 U.S.C. § 330(a)(1)(B). When determining whether the Trustee's requested compensation is reasonable, the Court considers the following factors:

1. the time spent on such services;
2. the rates charged for such services;
3. whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; and
4. whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

11 U.S.C. § 330(a)(1)(3). After reviewing the requested fees and/or costs, the Court finds that the requested fees and/or costs are both reasonable and necessary in accordance with 11 U.S.C. § 330(a). Accordingly,

IT IS ORDERED, pursuant to 11 U.S.C. § 330(a) and § 503(b)(2), that compensation to the Trustee for services rendered and reimbursement to the Trustee for expenses incurred are allowed as follows:

1

|  | COMPENSATION | EXPENSES |
|---|---|---|
| Christy L. Brandon, Trustee | $2,537.50 | $26.73 |

Dated October 14, 2024.