UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**LD CONSTRUCTION, INC.,**<br><br>　　　　　　　　　Debtor. | Case No. **4:23-bk-40063-BPH** |

# ORDER

　　In this Chapter 11 bankruptcy, Debtor filed a "Motion to Continue Status Conference" on October 17, 2024, at ECF No. 138 ("Motion"). The Motion seeks an Order continuing the status conference scheduled for October 24, 2024, at 1:30 p.m. to the December 6, 2024 hearings in Great Falls. Upon review of the Motion,

　　IT IS ORDERED that the Motion is granted. The status conference on **October 24, 2024**, is continued until **Friday, December 6, 2024, at 09:00 a.m.,** or as soon thereafter as the parties can be heard, in the CHIEF MOUNTAIN COURTROOM, 3RD FLOOR, MISSOURI RIVER COURTHOUSE, 125 CENTRAL AVENUE WEST, GREAT FALLS, MONTANA.

　　Dated October 18, 2024.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana